LF 9013 (06/05)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re JOHN MICHAEL SHUMATE, ET AL, )   Case No:   09-80149-FLK
v.
HARLEY DAVIDSON MOTOR COMPANY, INC.: )
BUELL DISTRIBUTION COMPANY, LLC: )   **REQUEST FOR ENTRY OF**
and HARLEY-DAVIDSON CREDIT CORP., )   **ORDER GRANTING MOTION**
                    Debtor(s)

COMES NOW the undersigned and based on the following representations made under penalty of perjury and cited documents requests that the Court grant the Motion or Application filed on behalf of __State of Washington Dept Revenue__ on __12/10/2009__ as Docket No. __28__ for

*(Brief description of motion with reference to rule or other authority)*

~~Motion to Intervene~~

and that the related proposed order which was or will be submitted as noted below be entered:

A. [ ]  as an ex parte order where either no notice was required or where there are no pending objections following notice and hearing, as noted below; or
B. [ ]  in anticipation of a hearing scheduled on _____ before Judge _____ and that was specifically requested by the Court or required by Local Rule to be submitted; or
C. [XX] as a result of an actual hearing held on __1/20/2010__ before Judge __Kurtz__ and that was specifically requested by the Court to be submitted.

**Notice: (Docket #     )**

_____  Date Notice was mailed
_____  Number of Days Required by Related Rule for the Filing of Objections
_____  Number of Days Given in the Notice for the Filing of Objections
*(Including three (3) additional days required by FRBP 9006, if notice was by mail.)*

**Certificate of Mailing: (Docket #     )** or [ ] **Notice Was Not Required for this Matter**
*Check all that are applicable*
[ ]  The Master Mailing List (MML) or Limited Mailing List (LML) used and attached to the Certificate of Mailing was retrieved from the data base of the court on _____.
[ ]  Notice was not required to be given to the Master Mailing List (MML), but notice was given to the parties noted on the Certification of Mailing;
[XX] Service was made in accordance with FRBP 7004 upon the affected parties as noted on the Certification of Mailing.

**Objections:**

[ ]  There are no pending objections *(either there were no objections, any objections have been withdrawn or the proposed order is endorsed by all objecting parties.)*

**Related Items:**
  (Docket #     ) _____
  (Docket #     ) _____
  (Docket #     ) _____

Dated: __January 20, 2010__

_____
(Signature of Attorney)
Name: Zachary Mosner, WSBA #9566
Phone Number: 206-389-2187

Request for Entry of Order

| | | |
|---|---|---|
| 1 | ZACHARY MOSNER, WSBA# 9566<br>Assistant Attorney General | Judge Frank L. Kurtz<br>Chapter 11 |
| 2 | Bankruptcy & Collections Unit | Hearing Date: January 20, 2010 |
| 3 | 800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104-3188 | Hearing Time: 10:00 a.m.<br>Response Due Date: January 13, 2010 |
| 4 | (206) 389-2198 | Hearing Location: Telephonic |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| 7 | In re<br><br>JOHN MICHIAL SHUMATE and<br>JENNIFER D. SHUMATE,<br><br>Debtors. | CASE NO. 09-05078-FLK11 |
| 10 | In re<br><br>SHUMATE, INC.,<br><br>Debtor. | CASE NO. 09-05079-FLK11 |
| 13 | In re<br><br>SHUMATE TRI-CITY, LLC,<br><br>Debtor. | CASE NO. 09-05080-FLK11 |
| 16 | In re<br><br>SHUMATE SPOKANE, LLC,<br><br>Debtor. | CASE NO. 09-05081-FLK11 |
| 19 | JOHN MICHIAL SHUMATE and<br>JENNIFER D. SHUMATE; SHUMATE,<br>INC.; SHUMATE TRI-CITY, LLC dba<br>SHUMATE HARLEY-DAVIDSON; and<br>SHUMATE SPOKANE, LLC dba<br>SHUMATE HARLEY-DAVIDSON,<br><br>Plaintiffs,<br>v.<br><br>HARLEY-DAVIDSON MOTOR<br>COMPANY, INC.; BUELL<br>DISTRIBUTION COMPANY, LLC; and<br>HARLEY-DAVIDSON CREDIT CORP.,<br><br>Defendants. | ADVERSARY NO. 09-80149-FLK<br><br>ORDER GRANTING STATE OF<br>WASHINGTON MOTION TO<br>INTERVENE. |

1
2       THIS MATTER having come on for hearing on the motion of the State of Washington to
3   intervene in this adversary action, the court having heard the argument of counsel, now, therefore,
4       IT IS HEREBY ORDERED that the motion of the State of Washington to intervene in this
5   matter is GRANTED.
6       IT IS FURTHER ORDERED that the State of Washington shall be denominated a Defendant
7   in this action.
8   Presented by:
9   ROB MCKENNA
    Attorney General
10
11
    ZACHARY MOSNER, WSBA #9566
12  Assistant Attorney General
13
14
15
16
17
18
19
20
21
22
23
24
25
26